# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

---

No. 97-10232
Summary Calendar

---

In the Matter of: AIRPORT PROPERTIES,

Debtors.

City of Dallas,

Appellant,

versus

Airport Properties,

Appellee.

---

Appeal from the United States District Court
For the Northern District of Texas
(4:96-CV-956-A)

---

July 24, 1997

Before POLITZ, Chief Judge, JONES and SMITH, Circuit Judges.

PER CURIAM:*

The City of Dallas appeals the district court's affirmance of an order of the

bankruptcy court granting Airport Properties's motion to assume lease. Our review of

the record reflects neither clearly erroneous findings of fact nor errors of law. Based

---

*Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in
5TH CIR. R. 47.5.4.

on the facts found and analysis made by the district court in its Memorandum Opinion

and Order signed and entered on February 7, 1997, we AFFIRM.